IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, | : : : : | Case No. |
| Plaintiff, | : : | COMPLAINT |
| v. | : : | |
| ENCORE SERIES, INC., dba THE PHILLY POPS, | : : : | Jury Trial Demanded |
| Defendant. | : | |

## INTRODUCTION

Plaintiff American Federation of Musicians of the United States and Canada ("AFM") brings this action against Defendant Encore Series, Inc., doing business as The Philly POPS, pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, for violations of a collective bargaining agreement. AFM seeks money damages on behalf of itself and the musicians it represents.

## JURISDICTION AND VENUE

1. This Court has jurisdiction of the subject matter and the parties pursuant to 29 U.S.C. §§ 185(a) and (c), as this is an action for violations of a contract between an employer and a labor organization representing employees in this district in an industry affecting commerce.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and (b)(2).

## PARTIES

3. AFM is an international labor organization incorporated in California. Its principal office is located at 1501 Broadway, New York, New York. AFM represents employees in an industry affecting commerce as defined in the Labor Management Relations Act.

1

4. The Philly POPS is a nonprofit entity incorporated in Pennsylvania whose principal office is located at 1518 Walnut Street, Philadelphia, Pennsylvania. The Philly POPS is an employer within the meaning of the Labor Management Relations Act.

## STATEMENT OF FACTS

5. On December 6, 2022, The Philly POPS executed a single project letter of acceptance to the AFM Television Videotape Agreement covering the terms and conditions of employment of musicians in the production of a concert to be recorded for television exhibition entitled *A Philly POPS Christmas* ("Program"). Exhibit 1 to this Complaint is a true and correct copy of the single project letter of acceptance. Exhibits 2, 3, and 4 comprise the terms of the Videotape Agreement, as extended and modified by the 2020 Memorandum of Understanding ("MOU"), in effect at all relevant times.

6. On or around December 10, 2022, The Philly POPS engaged musicians covered by the Videotape Agreement to record the Program, which is two and one quarter hours' duration, for exhibition on the United States government's American Forces Network.

7. The production of the Program employed the services of not less than sixty-five instrumentalists, one leader, one contractor, and twenty music preparation practitioners, all of whom are covered employees under the Videotape Agreement by way of the letter of acceptance adopted by The Philly POPS.

8. Videotape Agreement Exhibit I, sections A.1. and A.6., as modified by paragraph 2 of the MOU, provides the minimum wages, rehearsal hours, and air rates owed to instrumentalists and leaders for covered programs of two hours or more.

9. Videotape Agreement Exhibit I, section B., provides the minimum wages owed to covered contractors.

10. Videotape Agreement Exhibit III, as modified by paragraph 2 of the MOU, provides the minimum wages and costs owed to arrangers, orchestrators, and copyists for services covered by the Videotape Agreement.

11. Videotape Agreement I, section E., as modified by paragraph 3 of the MOU, provides the minimum health and welfare contributions required for instrumentalist, leader, and contractor musicians rendering services under the Videotape Agreement.

12. Videotape Agreement Exhibit III, section E. (9), as amended by paragraph 3 of the MOU, provides the minimum health and welfare contributions required for music preparation musicians rendering services under the Videotape Agreement.

13. Videotape Agreement Article 7, as amended from time to time by the Agreement and Declaration of Trust establishing the American Federation of Musicians and Employers' Pension Fund, requires signatory employers to contribute a percentage of all earnings of whatever nature covered by the Videotape Agreement, computed at scale, to the Pension Fund.

14. Videotape Agreement Exhibit I, section P. liquidates late payment penalties owed if the employer fails to pay any covered musician within fifteen (15) business days.

15. The Philly POPS has made no payment of wages, health and welfare contributions, or pension contributions owed under the Videotape Agreement to or on behalf of musicians for the American Forces Network exhibition of the Program.

16. More than fifty-five (50) business days have elapsed since payment became due to musicians for the American Forces Network exhibition of the Program.

17. The amount of wages owed for the American Forces Network exhibition of the Program is not less than $115,332.40.

18. The amount of health and welfare contribution owed for the American Forces Network exhibition of the Program is not less than $2,490.00.

19. The amount of pension contribution owed for the American Forces Network exhibition of the Program is not less than $13,626.82.

20. The amount of late payment penalties owed for the American Forces Network exhibition of the Program is not less than $63,432.82 and continues to accrue.

21. In addition to the American Forces Network exhibition, The Philly POPS reused the Program in a local channel WPVI-TV (6 ABC) broadcast on December 25.

22. Videotape Agreement Article 8 ("Reuse"), as modified by paragraph 6 of the MOU, provides the wages and payment schedule applicable to a second or subsequent showing of covered programs.

23. The Philly POPS has made no payment of wages or pension contributions owed to or on behalf of musicians for the WPVI-TV reuse of the Program.

24. More than thirty (30) calendar days have elapsed since payment became due to musicians for the WPVI-TV reuse of the Program.

25. The amount of wages owed for the WPVI-TV reuse of the Program is not less than $86,499.30.

26. The amount of pension contribution owed for the WPVI-TV reuse of the Program is not less than $10,466.42.

27. The amount of late payment penalties owed for the WPVI-TV reuse of the Program is not less than $21,624.83 and continues to accrue.

## CAUSE OF ACTION

### Breach of a Labor Agreement
### 29 U.S.C. § 185(a)

28. AFM incorporates all allegations contained in the above-numbered paragraphs 1 through 27 as if fully restated.

29. The Philly POPS is bound by the terms of the AFM Television Videotape Agreement, as modified by the MOU, and the Agreement and Declaration of Trust establishing the American Federation of Musicians and Employers' Pension Fund, as amended from time to time, which is incorporated by reference into the Videotape Agreement.

30. The Philly POPS is in breach of the Videotape Agreement by failing to pay wages equal to not less than $115,332.40 for the American Forces Network exhibition of the Program.

31. The Philly POPS is in breach of the Videotape Agreement by failing to pay health and welfare contributions equal to not less than $2,490.00 for the American Forces Network exhibition of the Program.

32. The Philly POPS is in breach of the Videotape Agreement and the Agreement and Declaration of Trust establishing the American Federation of Musicians and Employers' Pension Fund by failing to pay pension contributions equal to not less than $13,626.82 for the American Forces Network exhibition of the Program.

33. The Philly POPS is liable for not less than $63,432.82 in liquidated late payment penalties for its failure timely to pay wages due for the American Forces Network exhibition of the Program, and such penalties continue to accrue.

34. The Philly POPS is in breach of the Videotape Agreement by failing to pay wages equal to not less than $86,499.30 for the WPVI-TV reuse of the Program.

35. The Philly POPS is in breach of the Videotape Agreement by failing to make pension contributions equal to not less than $10,466.42 for the WPVI-TV reuse of the Program.

36. The Philly POPS is liable for not less than $21,624.83 in liquidated late-payment penalties for its failure timely to pay wages due of the WPVI-TV reuse of the Program.

37. The Philly POPS's breaches of contract have caused economic injury to AFM and the musicians it represents in an amount not less than $313,472.55, and late payment penalties continue to accrue.

## JURY DEMAND

AFM demands a trial by jury on all issues so triable.

## REQUEST FOR RELIEF

WHEREFORE, AFM prays the Court:

    i) Enter judgment in favor of AFM and against Encore Series, Inc., doing business as The Philly POPS;

    ii) Award all damages incurred by AFM and the musicians it represents as a result of Defendant's breaches of contract, including all wages, allied benefits, and liquidated late payment penalties owed pursuant to the AFM Television Videotape Agreement;

    iii) Post-judgment interest; and

    iv) All other relief the Court may deem just and equitable.

Date:   March 17, 2023

Respectfully submitted,

*Ryan A Hancock*
_____
Ryan Allen Hancock, Esq.
Laurence M. Goodman, Esq.
Willig, Williams & Davidson
1845 Walnut St., 24th Floor
Philadelphia, PA 19103
(215) 656-3679
rhancock@wwdlaw.com
lgoodman@wwdlaw.com

Jennifer P. Garner, Esq. (pro hac vice forthcoming)
American Federation of Musicians

of the United States and Canada
1501 Broadway, 9th Floor
New York, NY  10036
(212) 869-1330 Ext. 290
jgarner@afm.org