IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 2:23-cv-01037 |
| v. | : : : | |
| ENCORE SERIES, INC., d/b/a THE PHILLY POPS, | : : : : | MAGISTRATE JUDGE SITARSKI |
| Defendant. | : : | |

**<u>STIPULATION OF JUDGMENT</u>**

Plaintiff American Federation of Musicians of the United States and Canada ("Plaintiff") and Defendant Encore Series, Inc., d/b/a The PHILLY POPS ("Defendant," and together with Plaintiff, the "Parties") hereby agree to entry by this Court of this Stipulation of Judgment. The Parties hereby stipulate as follows:

1. The Parties desire to stipulate to a resolution of all claims in this action including those for amounts claimed to be due and owing for royalties, late fees, and other expenses as a result of two broadcasts of the "A Philly POPS Christmas" program in or around December 2022;

2. The Parties stipulate and agree to entry of judgment in the amount of $300,000 against Defendant;

3. The Parties stipulate and agree that this judgment shall accrue post-judgment interest in an amount calculated according to the provisions of 28 U.S.C. § 1961; and

4. The Parties stipulate and agree that this matter shall be dismissed by the Court on the basis of this Stipulation and that each Party shall bear its own costs and attorneys' fees associated with this action.

| | |
|---|---|
| */s/ Jennifer P. Garner* | */s/ Christopher J. Moran (w/permission)* |
| Jennifer P. Garner, Esq. (*pro hac vice*) | Christopher J. Moran (PA 68142) |
| American Federation of Musicians | Connor B. DeFilippis (PA 330777) |
| of the United States and Canada | TROUTMAN PEPPER HAMILTON |
| 1501 Broadway, 9th Floor | SANDERS LLP |
| New York, NY 10036 | 3000 Two Logan Square |
| (212) 869-1330 Ext. 290 | Eighteenth and Arch Streets |
| jgarner@afm.org | Philadelphia, PA 19103 |
| | (215) 981-4000 |
| Ryan Allen Hancock | christopher.moran@troutman.com |
| WILLIG, WILLIAMS & DAVIDSON | connor.defilippis@troutman.com |
| 1845 Walnut Street, 24th Floor | |
| Philadelphia, PA 19103 | |
| Tel.: (215) 656-3600 | |
| Fax: (215) 567-2310 | |
| rhancock@wwdlaw.com | |
| | |
| *Counsel for the Plaintiff* | *Counsel for the Defendant* |
| Dated:  11/28/2023 | Dated:  11/28/2023 |

ORDERED AND APPROVED

/s/ Lynne A. Sitarski

Lynne A. Sitarski, U.S.M.J.
Dated:     11/30/2023            , 2023